**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| United States of America, | Case No.  3:21-mj-0014 DMC |
| Plaintiff, | |
| v. | |
| Gail Otte, | |
| Defendant. | |

IT IS ORDERED that Defendant, Gail Otte, be released from federal custody.

Dated:  July 13, 2022

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

1