1
2
3
4
5
6
7

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| UNITED STATES, | No. 3:21-mj-0014 DMC |
|---|---|
| Plaintiff, | |
| v. | ORDER OF PROBATION |
| GAIL OTTE, | |
| Defendant. | |

Pursuant to the oral plea agreement between the United States and Defendant, Gail Otte:

IT IS ORDERED that:

1. Defendant is placed on 60 days unsupervised court probation. During the term of probation Defendant shall obey all federal, state and local laws.
2. During the term of probation, defendant is prohibited from entering federal property in the Eastern District of California with the exception of traveling through on state roads and highway.
3. Defendant is sentenced to 30 days incarceration. Said sentence is suspended pending successful completion of a 30 day drug treatment program.
4. Defendant shall provide the government with proof of enrollment in a drug treatment program within 10 days. All costs associated with the drug treatment program shall be the responsibility of Defendant.

1

5. Defendant shall provide the court with proof of completion within 60 days.

6. This matter is placed on calendar for a status conference to be held on September 20, 2022, at 11:00 a.m.  Defendant need not appear for said hearing if a proof of completion has been provided to the court.

Dated:  July 14, 2022

DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE