UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**FILED**
April 18, 2023
CLERK, US DSITRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>GAIL OTTE<br><br>　　　　　Defendant. | Case No.  3:21-mj-014 DMC<br><br>**ORDER FOR RELEASE OF<br>PERSON IN CUSTODY** |

TO:     UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>GAIL OTTE</u> Case No. <u>3:21-mj-014 DMC</u> Charges <u>18 USC § 3146</u> from custody for the following reasons:

　　　　<u>  X  </u>　Release on Personal Recognizance

　　　　_____　Bail Posted in the Sum of $ _____

　　　　　　　　_____ Unsecured Appearance Bond $ _____

　　　　　　　　_____ Appearance Bond with 10% Deposit

　　　　　　　　_____ Appearance Bond with Surety

　　　　　　　　_____ Corporate Surety Bail Bond

　　　　　　　　_____ (Other): <u>Gail Otte to be released on 4/18/2023, forthwith.</u>

Issued at Sacramento, California on April 18, 2023 at 3:00 PM


　　　　　　　　　　　　　　　　By:　/s/ Carolyn K. Delaney
　　　　　　　　　　　　　　　　　　　Magistrate Judge Carolyn K. Delaney